1  Stuart T. Barasch, Esq.
2  (State Bar No. 74108)
   P.O. Box 961719
3  El Paso, TX  79996
4  Telephone: (213) 621-7622
   Facsimile: (213) 289-1547
5  Email: Stuartbarasch@gmail.com

6  Attorney for Plaintiff,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| NESTOR GRAJEDA DIAZ,<br>    Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant | Civil No. 2:19-CV-05631<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412 (d) |
|---|---|

Before the Court is the Stipulation of Plaintiff, Nestor Grajeda Diaz, for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of the defendant commissioner, if any, and recognizing the Plaintiff's waiver of direct payment and assignment of EAJA to his counsel,

1 – Order Awarding Attorney's Fees Pursuant to the Equal Access to Justice Act

IT IS HEREBY ORDERED that attorney fees and expenses in the amount of Three Thousand Dollars ($3,000.00) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff. Astrue v. Ratliff, 130 S.Ct. 2521 (2010).

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Stuart Barasch.

Whether the check is made payable to Plaintiff or to Stuart Barasch, the check shall be mailed to Attorney Stuart Barasch, at P.O. Box 961719, El Paso, TX 79996.

So ordered.

Date: __March 11, 2020__       ____/s/ Autumn D. Spaeth_____
                                       Autumn D. Spaeth
                                       United States Magistrate Judge